IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NATHAN KUBITZ,

Plaintiff,

vs.                                                      No. 12-cv-310-DRH-PMF

PROFESSIONAL ACCOUNT
SERVICES, INC.,

Defendant.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is plaintiff's motion to dismiss with prejudice (Doc. 16). Plaintiff motions for dismissal as the instant action has been resolved through agreement of both parties. Accordingly, the Court **GRANTS** plaintiff's motion and dismisses plaintiff's claims with prejudice. The Clerk is instructed to enter judgment accordingly.

**IT IS SO ORDERED**.

Signed this 9th day of July, 2012.

Digitally signed by
David R. Herndon
Date: 2012.07.09
09:18:13 -05'00'

**Chief Judge**
**United States District Court**