IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NATHAN KUBITZ,

    Plaintiff,

-vs-

PROFESSIONAL ACCOUNT
SERVICES, INC.,

    Defendant.                         NO. 12-CV-310-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 9, 2012, this case is **DISMISSED** with prejudice.

                            NANCY J. ROSENSTENGEL,
                            CLERK OF COURT

                        BY:     */s/Sandy Pannier*
                                **Deputy Clerk**

Dated: July 9, 2012

Digitally signed by David R. Herndon
Date: 2012.07.09 09:35:55 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT