IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NATHAN KUBITZ,

    Plaintiff,

-vs-

PROFESSIONAL ACCOUNT
SERVICES, INC.,

    Defendant.                              NO. 12-CV-310-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 9, 2012, this case is **DISMISSED** with prejudice.

                                NANCY J. ROSENSTENGEL,
                                CLERK OF COURT


                            BY:       /s/*Sandy Pannier*
                                          **Deputy Clerk**

Dated: July 9, 2012

APPROVED:        Digitally signed by
                      David R. Herndon
                      Date: 2012.07.09
                      09:35:55 -05'00'
        CHIEF JUDGE
        U. S. DISTRICT COURT